CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT - 8 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOSES WOODSON,<br>    Plaintiff, | Civil Action No. 7:15-cv-00464 |
| v. | DISMISSAL ORDER |
| NORTHWESTERN REGIONAL ADULT<br>DETENTION CENTER, *et al*,<br>    Defendant(s). | By:   Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 8th day of October, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge